UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, )<br> )<br>       Plaintiff, )<br> )<br>v. )<br> )<br>PIONEER VALLEY PERFORMING )<br>ARTS CHARTER SCHOOL, )<br> )<br>       Defendant. ) | Civil Action No. 22-CV-30120-MGM |

SETTLEMENT ORDER OF DISMISSAL
August 25, 2023

The court, having been advised on August 25, 2023, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party to move for enforcement of the settlement agreement or, upon good cause shown, to reopen the action, within 90 days if the if settlement is not consummated. The parties may move to extend the time to move in this court for enforcement of the settlement agreement or, upon good cause shown, to reopen the action, if the terms requiring payment under the settlement agreement have not been satisfied within 90 days.

By the Court,

/s/ Melissa M. Rivera
Melissa M. Rivera
Deputy Clerk